UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-03434-SPG-DTB | Date | June 25, 2026 |
| Title | Christian Sotero Medina Castro v. ABS Trucking LLC, et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS [ECF NO. 12]**

Pursuant to the Court's Order Setting Scheduling Conference, the parties were required to submit a joint Rule 26(f) report, along with a proposed scheduling worksheet, on or before June 17, 2026. *See* (ECF No. 10). The parties failed to do so and, on June 23, 2026, the Court ordered the parties to file their joint Rule 26(f) report on or before June 24, 2026. *See* (ECF No. 11). The parties have now filed a joint Rule 26(f) report but have not submitted a proposed case schedule. *See* (ECF No. 12).

The parties are therefore ORDERED to show cause, in writing, on or before June 26, 2026, why the Court should not impose sanctions, up to and including monetary sanctions. The parties may discharge the order to show cause by filing a proposed scheduling worksheet. A text-fillable copy of the Court's scheduling worksheet is available at the bottom of Judge Garnett's webpage, https://www.cacd.uscourts.gov/honorable−sherilyn−peace−garnett.

**IT IS SO ORDERED.**

_____ :  _____

Initials of Preparer    pg